**No. 49537.**—Protest 32333–K of C. A. Andres (New York).

Opinion by WALKER, J. In accordance with stipulation of counsel that the hides in question are the same in all material respects as those the subject of *Rice* v. *United States* (11 Cust. Ct.118, C. D. 807) the claim at 10 percent under paragraph 1530 was sustained.

**No. 49538.**—Protest 97322–K of Balfour Guthrie & Co., Ltd. (New York).

Opinion by WALKER, J. At the trial the collector's letter transmitting the protest and the statement of goods remaining in warehouse on the effective date of said trade agreement, which statement was attached to each entry, was received in evidence. On the record thus made the protest was sustained only as to those items shown by the statement as remaining in warehouse on the effective date of said trade agreement.

**No. 49539.**—Protest 108938–K of New York Merchandise Co., Inc. (New York).

Opinion by WALKER, J. It was stipulated that the merchandise consists of novelty brushes, clothes and hat brushes, similar to those involved in Abstract 34593 and *United States* v. *Heinrich Herrmann & Weiss* (26 C. C. P. A. 292, C. A. D. 30). In view of said stipulation the claim at 50 percent under paragraph 7506 was sustained to this extent.

**No. 49540.**—Protest 967811–G of Bullocks, Inc. (Los Angeles).

Opinion by WALKER, J. When this case was called for trial it was stipulated that the soap consisted of 18 percent coconut oil (122¾ pounds); 9.85 percent palm oil (67¼ pounds); and 59 percent tallow (402½ pounds). In accordance therewith and on the authority of *Emporium-Capwell* v. *United States* (4 Cust. Ct. 179, C. D. 318), which record was incorporated herein, the court directed that the tax be taken at the rates per pound equal to the proportions of the rate or rates prescribed in section 602½ of the Revenue Act of 1934, as amended by section 702 of the Revenue Act of 1936, and section 601(c)(8) of the Revenue Act of 1932, as amended by section 701 of the Revenue Act of 1936, in respect to palm oil, coconut oil, and tallow, which the quantities by weight of such oils and tallow bear to the total weight of the imported article.

**No. 49541.**—Protest 91930–K of Border Brokerage Co. (Seattle).

Opinion by WALKER, J. At the trial it developed that the liquidation was made June 9, 1942, and the protest was filed August 12, 1942. In view of section 514, Tariff Act of 1930, and an examination of the official papers, the protest was dismissed.